# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA,
# NORTHEASTERN DIVISION

| | |
|---|---|
| BENJAMIN TIPTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: |
| | ) |
| CMH HOMES, INC., | ) |
| | ) |
| Defendant, | ) |

## COMPLAINT

Plaintiff, Benjamin Tipton, by and through the undersigned counsel states the following as his Complaint for injunctive relief, attorney's fees, and costs pursuant to 42 U.S.C. § 12181 *et. seq.*, ("Americans with Disabilities Act" or "ADA"):

## JURISDICTION AND VENUE

1. This complaint seeks relief for violation of the Americans with Disabilities act under 42 U.S.C. § 12101 *et. seq.*, as amended.

2. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331, § 1343, in that this is a civil action arising under federal law.

3. Venue is proper in this Court, the Northern District of Alabama pursuant to 28 U.S.C. § 1391 (b) and in that all events giving rise to this lawsuit occurred in the Northern District of Alabama.

## **PARTIES**

4.  Plaintiff, Benjamin Tipton, is an Alabama citizen, a domiciled in Madison County, Alabama, over the age of nineteen years.

5.  The Defendant, CMH Homes, Inc. ("Clayton Homes"), upon information and belief, is a Tennessee Corporation with its principal place of business in Knox County, Alabama. Defendant may be served with process by serving its registered agent, C.T. Corporation System at 2 North Jackson St. Suite 605 Montgomery, AL 36104.

## **FACTS**

6.  Plaintiff, Benjamin Tipton, is an individual with a "qualified disability" under the Americans with Disabilities Act of 1990, and all other applicable Federal statutes and regulations to the extent that Mr. Tipton is bound to a wheelchair and cannot walk.

7.  On or about August 20, 2020, Mr. Ben Tipton entered Defendant's premises to inquire about purchasing a mobile home.

8.  Mr. Tipton was denied full, safe, and/or equal access to Clayton Homes' property due to Clayton Homes' lack of compliance with the ADA.

9. Plaintiff Tipton continues to desire and intends to visit Defendant Clayton Homes' premises but continues to be denied full, safe, and/or equal access due to the continuing existence of barriers to access and ADA non-compliance.

10. Upon information and belief, Defendant Clayton Homes is the owner, lessee and/or operator of the real and personal property subject to this action. Specifically, the real and personal property located at 1120 U.S. Highway 72 East Athens, AL 35611 ("the Property").

11. Mr. Tipton asked to enter one of the several homes open for an in-person tour on the Defendant's sale lot.

12. Defendant denied Mr. Tipton access to all units except for one unit which served as Defendant's sales office. Also, Defendant refused to consider any reasonable accommodations and told Plaintiff Tipton he would need to arrange his own access to the mobile home units.

13. Houses offered for sale are parked on the yard and small wooden staircases are used to access the door.

14. A reasonable, cost effective, and compliant alternative is available. A wooden or aluminum ramp may be used to provide access to the mobile homes.

15. Upon information and belief, such ramps are readily available on the open market for a reasonable cost.

## COUNT I:

## **DISABILITY DISCRIMINATION**

16.     Plaintiff repeats and realleges all paragraphs as if set forth fully herein.

17.     Pursuant to 42 U.S.C. § 12181(7) and 28 C.F.R. § 36.104, the mobile home dealership owned by Defendant Clayton Homes is a place of public accommodation in that it is a sales establishment operated by a private entity that provides goods and services to the public.

18.     Defendant discriminated and continues to discriminate against Plaintiff Tipton by denying access to, and full, safe, and equal enjoyment of goods, services, facilities, privileges, advantages, and/or accommodations at the Property in violation of 42 U.S.C. § 12101 *et. seq*.

19.     Plaintiff Tipton was unable to and cannot now enjoy access to the benefits and services of the Property as a member of the public. Plaintiff Tipton believes and it is reasonable to believe that he will be discriminated against in the future because of the Defendant's continuing deliberate and knowing violations of the ADA.

20.     Defendant is in violation of 42 U.S.C. § 12101 *et. seq*. and 28 C.F.R. § 36.302 *et seq.* and is discriminating against Plaintiff Tipton by the following violations:

        a. Lack of accessible access to mobile home units for sale to the public.

        b. Failure to remove barriers architectural barriers (install ramps).

21. To date, the barriers to access still exist and have not been remedied or altered to bring Defendant into compliance with the ADA.

## **RELIEF REQUESTED**

Plaintiff demands judgement against Defendant and requests the following relief:

a. The Court declare the property owned, rented, leased, and/or managed by Defendant is in violation of the ADA;

b. The Court enter an Order directing Defendant to alter its facilities to make them accessible to and useable by individuals with disabilities to the full extent required by the ADA.

c. The Court enter an Order directing Defendant to evaluate and update its policies and procedures towards persons with disabilities and make corrective changes; and

d. The Court award attorneys' fees, costs, and/or any further relief deemed necessary, just, and/or proper.

Respectfully submitted,

/s/Timothy M. McFalls
Timothy M. McFalls
Bar ID #: asb-8111-y88m
William V. Burkett
Bar ID #: 3010F63Y
Attorneys for Plaintiff

OF COUNSEL:

Hodges Trial Lawyers, P.C.
320 Clinton Avenue East
Huntsville, Alabama 35801
(256) 539-3110 - phone
(256) 539-3212 – fax
tmmcfalls@notanacccident.com
wvburkett@notanaccident.com

## PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL:

CMH Homes, Inc.
C.T. Corporation System
2 North Jackson St. Suite 605
Montgomery, AL 36104