FILED
2021 Jul-16  AM 08:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **BENJAMIN TIPTON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil Action Number<br>) **5:21-cv-00476-AKK** |
| **CMH HOMES, INC.,** | ) |
| **Defendant.** | ) |

## ORDER

The court has for consideration, CHM Homes, Inc.'s motion to dismiss. Doc. 6. In light of Benjamin Tipton's notice that he agrees this action should be dismissed, doc. 9, CHM Homes's motion, doc. 6, is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**.

**DONE** the 16th day of July, 2021.



        **ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE